**United States Bankruptcy Court**
**WESTERN DISTRICT OF TENNESSEE**
**CHAPTER 13**

06-20696

In Re:                                                                                       Chapter 13

_____
Debtor(s)

DEBTOR(S):  (H) _____  S.S.# XXX-XX-_____

(W) _____  S.S.# XXX-XX-_____

ADDRESS: _____

_____

PLAN PAYMENT: Debtor(s) to pay _____

PAYROLL DEDUCTION ( ) OR DIRECT ( ) BECAUSE: _____

EMPLOYER: _____

_____

_____  1ST PMT: _____

ADMINISTRATIVE: Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

MONTHLY PLAN PMT.

AUTO INSURANCE: ( **X** ) Not included in Plan   ( ) Included in Plan
CHILD SUPPORT: Future support through Plan to _____
Child support arrearage amount _____

HOME MORTGAGE: If no arrearage, ongoing payments are to be made directly by the debtor(s).

_____ Ongoing pmt. begin _____ 2006
Approx. arrearage _____ Interest _____ %
_____ Ongoing pmt. begin _____ 2006
Approx. arrearage _____ Interest _____ %

SECURED CREDITORS: Adequate protection payment will be 1/4 (25%) of proposed creditor monthly payment.
(retain lien 11 U.S.C. §1325(a)(5))

| | VALUE COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PMT. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

UNSECURED CREDITORS: Pay **TBA** % of these claims after above claims are paid or pay all disposable income for term of plan;
ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: _____
TERMINATION: Plan shall terminate upon payment of the above, approximately __60__ months.

FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.