UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | * | Chapter 7 |
| ROBERT DUANE BEGGS
KRISTEN PARKER BEGGS, | * | |
| | * | |
| Debtor(s) | | Case No. 06-20696-JDL |

NOTICE OF DECLINATION OF APPOINTMENT

I, the undersigned, hereby decline notice of appointment of interim trustee in the above-styled case.    Trustee has a conflict as she has been hired to represent a creditor in this case.

Respectfully Submitted,

/s/ Bettye S. Bedwell
Bettye S. Bedwell  (015354)
Chapter 7 Trustee
200 Jefferson, Suite 202
Memphis, Tennessee 38103
(901) 577-0009

Date:   June 20, 2006

cc: Madalyn Greenwood, Assistant United States Trustee