# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TENNESSEE

In re:  ROBERT DUANE BEGGS
       KRISTEN PARKER BEGGS

Case No. 06-20696 JDL
Chapter 7

Debtor(s)

## MOTION FOR REFUND OF FEES

Come now the debtors, by and through counsel of record, and for this Motion state:

1. The debtors filed for relief under Chapter 13 of the United States Bankruptcy Code on February 1, 2006.

2. The debtors converted their case to Chapter 7 on June 12, 2006.

3. The debtors paid their filing fee, plus an additional $70.00.

WHEREFORE, the debtors move the Court to Order the Clerk to refund them their $70.00.

Respectfully Submitted,

/s/ Herbert Hurst_____
Herbert Hurst  18721
Hurst Law Firm, P.A.
Attorney for Debtor(s)
P. O. Box 41497
Memphis, TN  38174-1497
(901) 725-1000

## CERTIFICATE OF SERVICE

The undersigned party, attorney for party, or agent therefore, hereby certifies that on this 3rd day of November 2006, copies of the above document were electronically mailed, mailed via the United States Postal Service, or hand delivered to the parties listed.

/s/ Herbert Hurst
Herbert Hurst        18721
Hurst Law Firm, P. A.
Attorney for Debtor(s)
P. O. Box 41497
Memphis, TN  38174-1497
(901) 725-1000

NAMES AND ADDRESSES OF ENTITIES SERVED:

Debtor(s)
Chapter 7 Trustee, 200 Jefferson Ave., Ste. 202, Memphis, TN 38103
U.S. Trustee, 200 Jefferson Ave., Ste. 400, Memphis, TN 38103

**AES**
1200 N 7th St
Attn: DDB Team 2nd Flr                                            (cr)
Harrisburg, PA 17104

**Affiliated Financial**
4651 Sheridan Street                                              (cr)
Hollywood, FL 33021

**AIU Online**
5550 Prarie Stone Parkway                                         (cr)
Schaumburg, IL 60192

**Alliance One**
1160 Centre Point Drive Suite 1                                   (cr)
Saint Paul, MN 55120

**Allied Interstate**
3000 Corporate Exchange Drive
5th Floor                                                         (cr)
Columbus, OH 43231

**AMO Recoveries**
215 2nd St. NW                                                    (cr)
Cleveland, TN 37311

**AmSouth**
POB 11407                                                         (cr)
Birmingham, AL 35246-0019

**B-Line, LLC/Cingular Wireless LLC**
Mail Stop 550
2101 Fourth Ave., Suite 1030                                      (cr)
Seattle, WA 98121

**Bank of America, N.A.**  
POB 25118                                    (cr)  
Tampa, FL 33622-5118

**Baptist Hospital**  
6019 Walnut Grove Rd.                        (cr)  
Memphis, TN 38120

**Bellsouth Telecommunications Inc.**  
29EF1- 301 West Bay St.                      (cr)  
Jacksonville, Fl. 32202

**Blockbuster**  
c/o Credit Protection Assoc., LP  
13355 Noel Rd.                               (cr)  
Dallas, TX 75240

**Blue Cross Blue Shield Ins.**  
1784 Brown Cove                              (cr)  
Memphis, TN 38107

**Boyajian Law Offices**  
201 Route 17 North, 5th Floor                (cr)  
Rutherford, NJ 07070

**Cash Depot of TN**  
6569 Winchester Rd.  
104                                          (cr)  
Memphis, TN 38115

**CBSI**  
550 Greensboro Ave.                          (cr)  
Tuscaloosa, AL 35401

**Certegy**  
P.O. Box 30046                               (cr)  
Tampa, FL 33630

**Chase**  
P.O. Box 52050                               (cr)  
Phoenix, AZ 85072-2050

**Cingular Wireless**  
PO Box 30523                                 (cr)  
Tampa, FL 33630

**Circle K c/o**  
United Compucred Collections, Inc            (cr)

POB 633426
Cincinnati, OH 45263-3426

**Citicorp Credit Services**
14700 Citicorp Drive (cr)
Hagerstown, MD 21742

**Clear Check Inc.**
POB 27087 (cr)
Greenville, SC 29616

**CMI**
4200 International Pkwy (cr)
Carrollton, TX 75007-1906

**Credit Collection Services**
94 Wells Ave. (cr)
Newton, MA 02159

**Credit Protection Association**
13355 Noel Rd. (cr)
Dallas, TX 75240

**Cresthaven Internal Medicine**
6799 Great Oaks Suite 250 (cr)
Germantown, TN 38138

**Crye Leike Property Management**
c/o L.E. Baer, Atty.
100 N. Main Bldg. (cr)
Suite 25
Memphis, TN 38103

**Crye Leike Property Management**
6525 Quail Hollow Rd.
Ste. 110 (cr)
Memphis, TN 38120

**Crye-Leike Realtors**
6525 Quail Hollow (cr)
Memphis, TN 38120

**Dennis Sossaman**
262 German Oak Drive (cr)
Cordova, TN 38018

**Dillard National Bank**
P. O. Box 52067 (cr)

Phoenix, AZ 85072-2067

**DirecTV**
POB 31621 (cr)
Tampa, FL 33631-3621

**DirecTV**
c/o Riddle & Associates
POB 1187 (cr)
Sandy, UT 84091-1187

**Dixie Furniture**
2001 S. Main (cr)
Stuggart, AR 72160

**Dixie Furniture Co.**
PO Box 2689 (cr)
West Helena, AR 72390

**Duckworth Pathology Group**
c/o Frost-Arnett Company
POB 198988 (cr)
Nashville, TN 37219-8988

**eCAST Settlement Corporation**
POB 35480 (cr)
Newark NJ 07193-5480

**eCAST Settlement Corporation assignee of**
General Electric/DILLARDS
POB 35480 (cr)
Newark NJ 07193-5480

**Educaid**
POB 13667 (cr)
Sacramento, CA 95853-3667

**EL Paso County Cse Unit**
P.O. Box 1381 (cr)
Colorado Springs,CO 80231

**Entergy**
LDEL-3A
P. O. Box 6008 (cr)
New Orleans, LA 70174

**First Collection Services**
10925 Otter Creek E. Blvd (cr)

Mabelvale, AR 72103

**First National Bank**
POB 511 (cr)
De Witt, AR 72042

**First National Bank of East Arkansas c/o**
Diversified Recovery Services
POB 1357 (cr)
Cordova, TN 38088-1357

**First National Bank of Eastern Arkansas**
PO Box 2019 (cr)
Forrest City, AR 72336-2019

**Forrest City Water Utility**
POB 816 (cr)
Forrest City, AR 72336-0816

**Francis J Fenaughty MD PC**
c/o crs 2650 Thousand Oaks Blvd Ste 4200 (cr)
Memphis, TN 38118

**Francis J. Fenaughty, M.D. c/o**
Consolidated Recovery Systems, Inc.
POB 1719 (cr)
Memphis, TN 38101-1719

**Gieco Direct**
One Gieco Plaza (cr)
Bethesda, MD 20811-0001

**Greenbrook Apartments**
1400 Greenbrook Way (cr)
Memphis, TN 38134

**Greenbrook Apartments**
c/o L. E. Baer, Attorney
100 N. Main Bldg., #2510 (cr)
Memphis, Tennessee 38103

**Hyundai Motor Finance**
PO Box 20809 (cr)
Fountain Valley, CA 92728

**Hyundai Motor Finance Company**
10550 Talbert Ave. (cr)
Fountain Valley, CA 92708

**IC Systems Collection**  
POB 64378  (cr)  
Saint Paul, MN 55164

**Internal Revenue Service**  
801 Broadway  
MDP #146  (cr)  
Nashville, TN 37203

**J.H. McClain, DDS, PC**  
757 Brookhaven Circle  (cr)  
Memphis, TN 38117

**J.H. McClain, DDS, PC**  
757 Brookhaven Circle  (cr)  
Memphis, TN 38117

**JC Penney**  
P.O. Box 981131  (cr)  
El Paso, TX 79998

**Jean Fourny**  
553 N. Mendenhall #1  (cr)  
Memphis, TN 38117

**JLA Properties**  
411 SFC 313  (cr)  
Forrest City, AR 72335

**Kroger**  
c/o Telecheck  
5251 Westheimer  (cr)  
Houston, TX 77056

**Macy's FDSB**  
9111 Duke Blvd  (cr)  
Mason, OH 45040

**Med-A.R.M., Inc.**  
8010 Stage Hills Blvd.  (cr)  
Memphis, TN 38133

**Memphis Area Association of Realtors**  
6393 Poplar  (cr)  
Memphis, TN 38187

**Memphis Light Gas and Water Division**  
POB 388  (cr)

Memphis, TN 38103

**Methodist c/o CRS**
POB 1719                                              (cr)
Memphis, TN 38101-1719

**Methodist Healthcare**
POB 2279                                              (cr)
Memphis, TN 38101

**Methodist Healthcare Germantown**
c/o crs 2650 Thousand Oaks Blvd Ste 4200              (cr)
Memphis, TN 38118

**Methodist Lebonheur Healthcare**
POB 172117                                            (cr)
Memphis, TN 38187-2117

**Mutual Collection Co.**
P.O. Box 11629                                        (cr)
Memphis, TN 38111-0629

**National Financial Systems, Inc.**
POB 9041                                              (cr)
Hicksville, NY 11802

**NCC Business Services**
3733 University Blvd. Suite 300                       (cr)
Jacksonville, FL 32217

**Office of Prosecuting Attorney**
915 N. Washington, Suite C
POB 923                                               (cr)
Forrest City, AR 72336

**Orchard Bank**
Bankcard Services
POB 80083                                             (cr)
Salinas, CA 93912-0083

**Portfolio Acquisitions,LLC**
PO Box 105460                                         (cr)
Atlanta Georgia 30348

**Receivables Management Corp**
c/o Mutual Collection Co
PO Box 11629                                          (cr)
Memphis Tn 38111-0629

**RJM Acquisitions Funding LLC**
575 Underhill Blvd, Ste 224 (cr)
Syosset, NY 11791

**RMA**
2675 Breckinridge Blvd. (cr)
Duluth, GA 30096

**S & S Recovery**
P.O. Box 34787-5739 (cr)
Memphis, TN 38184-0787

**SBC**
f/k/a Pacific Bell
140 New Montgomery St. (cr)
San Francisco, CA 94105-3705

**Sears**
National Bankruptcy 13 Center
45 Congress St. (cr)
Salem, MA 01970-5579

**Sprint PCS**
P.O. Box 740602 (cr)
Cincinnati, OH 45274-0602

**State of Colorado Child Support**
Child Support Enforcement Unit
30 East Pikes Pk. Ave., Ste. 203 (cr)
Colorado Springs, CO 80903

**SunTrust Bank**
6410 Poplar Ave. (cr)
Memphis, TN 38119

**Target**
Retailers National Bank
POB 59231 (cr)
Minneapolis, MN 55459-0231

**Target c/o Stephen P. Lamb**
POB 1027 (cr)
Beebe, AR 72012

**Telecheck**
POB 17390 (cr)
Denver, CO 80217

**Time Warner**
6555 Quince Road
Suite 500    (cr)
Memphis, TN 38119

**United Computer Credit**
4190 Harrison Avenue    (cr)
Cincinnati, OH 45211

**United States Attorney**
200 Jefferson Ave.
Suite 811    (cr)
Memphis, TN 38103

**United States Treasury**
POB 1107
Special Procedures Staff    (cr)
Nashville, TN 37202

**US Bank**
PO Box 9487    (cr)
Minneapolis, MN 55440

**Viterra**
7406 Fullerton Street, Suite 300
Jacksonville, FL 32256