# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re

Robert Duane Beggs , xxx–xx–6052  Kristen Parker Beggs , xxx–xx–7648
aka     Kristen Parker Bell
Debtor*

Bankruptcy Case No.  06–20696
Chapter  7

# FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been fully administered.

**IT IS ORDERED THAT:**

☑ Norman P. Hagemeyer is discharged as trustee of the estate of the above−named debtor and the bond is cancelled.

☑ the chapter 7 case of the above named debtor is closed; and

☐ other provisions as needed

cc:  Trustee:  Norman P. Hagemeyer
     Attorney:  Herbert D. Hurst

Date:  January 4, 2007

_____
**United States Bankruptcy Judge**

*Set forth all names, including trade names, used by the debtor within the last 8 years. (Bankruptcy Rule 1005). For joint debtors set forth both social security numbers.

**[fd7]** [Final Decree – 02/10/2002]

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0651-2         User: lori              Page 1 of 1           Date Rcvd: Jan 04, 2007
Case: 06-20696               Form ID: fd7            Total Served: 2

The following entities were served by first class mail on Jan 06, 2007.
aty          Herbert D. Hurst,   Hurst Law Firm, P.A.,   P.O. Box 41497,   Memphis, TN  38174-1497
tr          +Norman P. Hagemeyer,   6801 Summer Avenue, Suite 106,   Memphis, TN 38134-4764

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 06, 2007**               **Signature:** _Joseph Speetjens_